THE PEOPLE ex rel. THE COMMISSIONERS OF HIGHWAYS OF THE TOWN OF ANNSVILLE, ONEIDA COUNTY, Appellants, *v.* WILLIAM WHITMAN et al., Respondents.

(Submitted December 2, 1872; decided December 10, 1872.)

*Silas L. Snyder* for the appellants.

*A. H. Bailey* for the respondents.

All concur for affirmance. No opinion.
Judgment affirmed.